# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | )     Civil Action No. 1:09-cv-1161 ) |
| CALIBER MECHANICAL SYSTEMS, | ) ) |
| Defendant. | ) ) |

## ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated May 14, 2010 (Dkt. No. 12) recommending entry of default judgment against Defendant Caliber Mechanical Systems. The Defendant has not filed any objections to the Report and Recommendation. Based on a *de novo* review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge. Accordingly, it is hereby

ORDERED that judgment is entered in favor of the Sheet Metal Workers' National Pension Fund; the International Training Institute for the Sheet Metal and Air Conditioning Industry; Sheet Metal Occupational Health Institute Trust Fund; National Energy Management Institute Committee; the Sheet Metal Workers' National Stabilization Agreement of the Sheet Metal Industry Trust Fund; and the Sheet Metal Workers' National Supplemental Savings Plan, collectively, against Defendant Caliber Mechanical Systems in the amount of $8,447.47, which is inclusive of damages, reasonable attorneys' fees, and costs incurred to date.

It is further ORDERED that Defendant shall file the required remittance reports due to the Funds for all periods for which Defendant is obligated to file those reports with the Funds under the terms of the collective bargaining agreement.

It is further ORDERED that the Clerk of Court is directed to enter default judgment against Defendant.

Alexandria, Virginia
June 24, 2010

/s/
Liam O'Grady
United States District Judge

/s/

Liam O'Grady
United States District Judge